# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| BARRY WYCHE | : CIVIL ACTION |
|---|---|
| v. | : NO. 19-758 |
| DEMETRIUS TSAROUHIS, *et al.* | : |

## ORDER

**AND NOW**, this 21st day of March 2019, upon considering the Defendants' unopposed Motions to dismiss (ECF Doc. Nos. 2, 4), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motions (ECF Doc. Nos. 2, 4) are **GRANTED without prejudice** for Plaintiff to file an amended Complaint consistent with this Memorandum and Fed. R. Civ. P. 11 no later than **April 4, 2019**.

KEARNEY, J.