# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARRY WYCHE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 19-758** |
| | : | |
| **DEMETRIUS TSAROUHIS,** *et al.* | : | |

## ORDER

**AND NOW**, this 14th day of May 2019, upon considering the Motions to dismiss (ECF Doc. Nos. 9, 10) the amended Complaint, Plaintiff's Oppositions (ECF Doc. Nos. 11, 12), Defendants' Replies (ECF Doc. Nos. 13, 14), and for reasons in the accompanying Memorandum, it is **ORDERED** the Motions to dismiss (ECF Doc. Nos. 9, 10) are **DENIED** and Defendants shall answer the amended Complaint (ECF Doc. No. 8) no later than **May 28, 2019**.

_____
KEARNEY, J.